# 608    DECISIONS IN CASES NOT REPORTED.

George W. Morrison, Respondent, v. The Broadway and Seventh Avenue Railroad Company, Appellant. — Judgment and order affirmed. Opinion by Daniels, J.

Stephen L. Bartlett v. Edward Sutorious.— Order reversed and the order of arrest vacated, without costs. Opinion *Per Curiam.*

Christian T. Christensen, Respondent, v. Edward A. Quintard, Appellant, Impleaded, etc.— Judgment reversed, with costs. Opinion by Daniels, J.

### Decisions handed down January 24, 1890.

William M. Owen, Plaintiff, v. John C. Calhoun, Defendant.— Exceptions overruled and judgment ordered for defendant, with costs. Opinion by Van Brunt, P. J.

Matthias Merscheim, Respondent, v. The Musical Mutual Protective Union, Appellant. — Order and judgment affirmed. Opinion by Daniels, J.

Carl Schrader, Respondent, v. The Musical Mutual Protective Union, Appellant. — Judgment and order affirmed. Opinion by Daniels, J.

Oswald Sasse, Respondent, v. The Musical Mutual Protective Union, Appellant.— Judgment and order affirmed. Opinion by Daniels, J.

Ellen Munn, Appellant, v. Joseph M. Cook and others, Respondents.— Judgment reversed and new trial ordered, with costs to plaintiff to abide the event. Opinion by Daniels, J., and Van Brunt, P. J.

Walter Weston and others, Respondents, v. James R. Watts, Appellant.— Order affirmed, with ten dollars costs and disbursements of the appeal. Opinion by Brady, J.

Cassius H. Read, Respondent, v. Elizabeth Patterson and others, Appellants.— Judgment reversed and new trial ordered, with costs to appellants to abide event. Opinion by Brady, J.; Van Brunt, P. J., dissents.

In the Matter of the Application of Mary B. Wood for the Revocation of Letters Testamentary issued to Edward T. Schenck under Will of Samuel Wood, Deceased.— Order affirmed, with costs. Opinion by Van Brunt, P. J.

Patrick O'Neill, Administrator, etc., Respondent. v. Charles Kinken, Appellant.— Judgment and order affirmed, with costs. Opinion by Van Brunt, P. J.

Arthur Furber, Appellant, v. Alexander L. McCarthy and others, Respondents.— Motion denied, with ten dollars costs.

The People of the State of New York v. The American Bell Telephone Company.— Motion dismissed. (Mem.)

In the Matter of the Arbitration between William O. Callender and others, Appellants, and Henry C. Parsons, Respondent.— Motion denied.

Mary Ann Mulvihill, Sole Surviving Executrix, etc., v. Arthur J. Donnelly, Testamentary Guardian, etc.— Motion denied on appellant's stipulating to argue in February.

Ruth Torbett, Respondent, v. Sherburne B. Eaton, Appellant.— Motion to dismiss denied. (Mem.)

Traders' National Bank of San Antonio, Respondent, v. Charles T. Parker, Appellant.—Judgment affirmed, with costs. Opinion by Brady, J.

The People of the State of New York, Respondent, v. The New York, New Haven and Hartford Railroad Company, Appellant.— Judgment affirmed, with costs. Opinion by Brady, J.

Charles L. Russell and others, Respondents, v. Samuel W. Allerton, Appellant.— Judgment reversed and new trial ordered, with costs to the appellant to abide event. Opinion by Daniels, J.

Mary Ellen Gueli and others, Appellants, v. Catherine Lenihan and others, Respondents.— Order affirmed, with ten dollars costs and the disbursements on the appeal. Opinion by Daniels, J.

Grace Wygant, as Executrix, etc., v. Joseph M. Brown.— Motion denied, with costs. (Mem.)

John B. Miley, Respondent, v. The Broadway and Seventh Avenue Railroad Company, Appellants.— Judgment and order reversed and new trial ordered, with costs to the appellant to abide event. Opinion by Van Brunt, P. J.

In the Matter of the Application of George Ackerman, as General Guardian, etc., Respondent, v. August P. Wagener, Appellant.— Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

The People of the State of New York *ex rel.* Herman H. Koenig, v. Stephen B. French and others, Respondents.— Proceedings affirmed and writ dismissed, with costs. Opinion by Van Brunt, P. J.

Jane McKenzie, as Executrix, etc., Respondent, v. Denis Fox and another, Appellants.— Order reversed, with ten dollars costs and disbursements, and the motion granted to the extent stated in opinion. Opinion by Van Brunt, P. J.

In the Matter of the Petition of the New York Elevated Railroad Company, etc. (*In re Sobel and others*.) Order affirmed, with costs. Opinion by Van Brunt, P. J.

David Mayer, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment and order affirmed, with costs. Opinion by Van Brunt, P. J.

The First National Bank of Jersey City, Respondent, v. John Lindenmeyr, Appellant, Impleaded, etc.— Order reversed, with ten dollars costs and disbursements, and the order for examination vacated. Opinion by Van Brunt, P. J.

The People of the State of New York *ex rel.* Henry Woltman, Respondent, v. Theodore W. Myers, Comptroller of the City of New York, Respondent and Appellant.— Order affirmed, with ten dollars costs and disbursements to the relator. Opinion by Daniels, J.

The People of the State of New York *ex rel.* Donald McQuien, Appellant, v. The Theatrical Mechanical Association, Respondent.—Order reversed, with ten dollars costs and disbursements and the motion for *mandamus* granted. Opinion by Van Brunt, P. J.

In the Matter of the Revocation of Probate of Will of Ann Voorhis, Deceased.—We see no reason for the granting of this order to show cause.

James E. Taylor, Respondent, v. Andrew K. Smith and others, Appellants. — Order and judgment reversed, with costs to the appellants to abide result of action. Opinion by Daniels, J.

The People of the State of New York *ex rel.* David O'Callahan v. Stephen B. French and others, Respondents. — Proceedings affirmed and writ dismissed. Opinion by Daniels, J.

Bertha Koehler, Executrix, etc., Respondent, v. Samuel D. Sewards, Appellant. — Order reversed, with ten dollars costs and disbursements. Opinion by Daniels, J.

George Fuller and others, Appellants, v. William I. Negus and others, Respondents.—Judgment reversed and new trial ordered, with costs to the plaintiffs to abide event. Opinions by Daniels, J.

Magnolia Anti-friction Metal Company, Respondent, v. Samuel Singley and others Appellants — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

S. Otis Livingston, Appellant, v. William I. Negus and others, Respondents. —Judgment affirmed, with costs. Opinion by Daniels, J.

The Mechanics and Traders' Bank, Appellant, v. James Loucheim, Respondent. — Order affirmed, with ten dollars costs and disbursements. Opinion *Per Curiam.*

In the Matter of the Taxation of Estate of David